1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /ne

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  STEVEN T. HEGEDUS,              ) Civil No. 05-01822 PVT
                                    )
13             Plaintiff,           )
                                    )
14  v.                              ) STIPULATION AND ORDER
                                    )
15  JO ANNE B. BARNHART,            )
    Commissioner, Social Security   )
16  Administration,                 )
                                    )
17             Defendant.           )
                                    )
18                                  )
    _____)
19

20      Plaintiff and Defendant, through their respective attorneys,

21  hereby stipulate that Plaintiff shall have an extension of time

22  up through and including Monday, October 10, 2005 in which to e-

23  file his Motion for Summary Judgment.  This extension is

24  necessitated by the number of other cases Plaintiff's counsel

25  currently his before the district court that also require

26  briefing.

27

28

                                    1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney




Dated: September 7, 2005                /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney




Dated: September 6, 2005                /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        STEVEN T. HEGEDUS


IT IS SO ORDERED.


Dated: 9/20/05                            /s/ Patricia V. Trumbull
                                        _____
                                        HON. PATRICIA V. TRUMBULL
                                        Magistrate District Judge
```

STIPULATION AND ORDER

2