HARVEY P. SACKETT (72488)

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN T. HEGEDUS, | ) | Civil No. 05-01822 PVT |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Wednesday, November 9, 2005 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

1

STIPULATION AND ORDER

1

2
_____
3      KEVIN V. RYAN
      United States Attorney
4

5

6   Dated: October 11, 2005        /s/_____
      SARA WINSLOW
7      Assistant U.S. Attorney

8

9

10  Dated: October 7, 2005         /s/_____
      HARVEY P. SACKETT
11      Attorney for Plaintiff
      STEVEN T. HEGEDUS
12

13  IT IS SO ORDERED.

14

15  Dated: October 13, 2005        _Patricia V. Trumbull_
      HON. PATRICIA V. TRUMBULL
16      Magistrate District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER