1  HARVEY P. SACKETT (72488)
2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /ne

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  STEVEN T. HEGEDUS,              ) Civil No. 05-01822 PVT
                                    )
13              Plaintiff,          )
                                    )
14  v.                              ) STIPULATION AND ORDER
                                    )
15  JO ANNE B. BARNHART,            )
    Commissioner, Social Security   )
16  Administration,                 )
                                    )
17              Defendant.          )
                                    )
18                                  )
   ─────────────────────────────────)
19

20      Plaintiff and Defendant, through their respective attorneys,
21  hereby stipulate that Plaintiff shall have a third and final
22  extension of time up through and including Friday, December 9,
23  2005 in which to e-file his Motion for Summary Judgment.  This
24  extension is necessitated by the number of other cases
25  Plaintiff's counsel currently his before the district court that
26  also require briefing.
27
28

                                    1
    STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney



Dated: November 4, 2005             /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney



Dated: November 1, 2005             /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    STEVEN T. HEGEDUS


IT IS SO ORDERED.


                                    _____
Dated: 11/14/05                     HON. PATRICIA V. TRUMBULL
                                    Magistrate District Judge
```

STIPULATION AND ORDER                           2