1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   STEVEN T. HEDEGUS,                    )        Case No.: C 05-01822 PVT
                                           )
13                    Plaintiff,           )        **JUDGMENT**
                                           )
14           v.                            )
                                           )
15   JO ANNE B. BARNHART,                  )
     Commissioner of Social Security,      )
16                                         )
                      Defendant.           )
17   _____)

18           On April 26, 2006, the court issued an order denying Plaintiff's motion for summary

19   judgment and granting Defendant's motion for summary judgment.  Therefore, pursuant to this

20   court's aforementioned order,

21           IT IS HEREBY ADJUDGED that Plaintiff take nothing, and that judgment be, and hereby, is

22   entered in favor of Defendant.  The clerk of the court shall close the file.

23   Dated:  *4/28/2006*

24                                         _____
                                           PATRICIA V. TRUMBULL
25                                         United States Magistrate Judge

26

27

28

United States District Court

For the Northern District of California

ORDER, *page 1*

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28